1114

No. 78–752. BAKER v. McCOLLAN. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 77–1615. CANTWELL ET AL. v. HUDNUT, MAYOR OF INDIANAPOLIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 77–6092. HUDSON v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 78–129. BRITISH EUROPEAN AIRWAYS v. BENJAMINS ET AL. C. A. 2d Cir. Certiorari denied.

No. 78–302. EAST BATON ROUGE PARISH SCHOOL BOARD ET AL. v. DAVIS ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–310. HELMS ET AL. v. DRIVER ET AL.; and
No. 78–311. DRIVER ET AL. v. HELMS ET AL. C. A. 1st Cir. Certiorari denied. Reported below: 577 F. 2d 147.

No. 78–498. BOULET v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–504. MARRA v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 78–535. SHELL OIL CO. v. ENVIRONMENTAL PROTECTION AGENCY ET AL.; and
No. 78–536. CINCINNATI GAS & ELECTRIC CO. ET AL. v. ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 578 F. 2d 660.

No. 78–563. AMERICAN ASSOCIATION OF COUNCILS OF MEDICAL STAFFS OF PRIVATE HOSPITALS, INC. v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied.